IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN CROSBY, et al.,<br><br>    Defendants. | No. C 11-05533 WHA<br><br>**NOTICE RE FILING** |

    Plaintiff has filed a "notice of dismissal of complaint" on grounds of settling the matter. Only plaintiff has signed the notice despite an answer by defendants (Dkt. No. 9). The parties are encouraged to file a proper stipulated dismissal pursuant to FRCP 41(a)(1)(A)(ii). Plaintiff can otherwise request for the Court to dismiss the case, allowing defendants an opportunity to object, pursuant to FRCP 41(a)(2).

Dated: September 19, 2012.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE